UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KONATO WILLIAMS, #202610,

    Plaintiff,

v.

                      File no: 1:05-CV-817

                      HON. ROBERT HOLMES BELL

CAROL HOWES, et al.,

    Defendants.
    _____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' motion for summary judgment (docket #21) is **GRANTED**, and judgment is entered in favor of defendants on all of plaintiff's claims.


Date:   March 30, 2007              /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               CHIEF UNITED STATES DISTRICT JUDGE